IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA SENEGAL MUHAMMAD,

      Plaintiff,                    No. CIV S-10-0143 DAD P

      vs.

D. K. SISTO, Warden, et al.,

      Defendants.           ORDER

                          /

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

      Plaintiff's in forma pauperis application is incomplete because plaintiff did not attach a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action. See 28 U.S.C. § 1915(a)(2). In addition, the certificate portion of plaintiff's in forma pauperis application is more than six months old. Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's January 19, 2010 application to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: February 11, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
muha0143.3e

2