IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA S. MUHAMMAD,

    Plaintiff,                    No. CIV S-10-0143 DAD P

   vs.

D.K. SISTO, et al.,

    Defendants.            ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's May 7, 2010 motion for a temporary restraining order/preliminary injunction.

        "A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter over the claim; it may, [however,] not attempt to determine the rights of persons not before the court." Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985). By order filed April 23, 2010, the court directed the United States Marshal to request a waiver of service of summons from each named defendant. As of the date of this order, none of the defendants have waived service nor have they been personally served process

/////

/////

1

by the United States Marshal.[1]  Therefore, at this juncture, defendants are not yet parties before the court and plaintiff's motion for a preliminary injunction is premature.  Plaintiff may re-file his motion seeking preliminary relief after defendants have been served.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 7, 2010 motion for a temporary restraining order/preliminary injunction (Doc. No. 14) is denied, without prejudice, as premature.

DATED: May 19, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
muha0143.tro

---

[1] In accordance with the court's order filed April 23, 2010, the United States Marshal was directed to request a waiver of service of summons from each defendant within ten days from the date of the order.  Thereafter, each defendant has sixty days to file an executed waiver of service. If the sixty day period expires and a defendant has not waived service, the United States Marshal will personally serve process on the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure.