**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants
VAUGHN, HAYWARD and RIDGE

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAKA S. MUHAMMAD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>D.K. SISTO, et al.,<br><br>　　　　　Defendants. | CASE NO: 2:10-cv-00143-DAD<br><br>**SUBSTITUTION OF ATTORNEYS** |

　　　Defendants VAUGHN, HAYWARD and RIDGE hereby substitute the following counsel in place and in stead of the Attorney General of California:

　　　　　Kathleen J. Williams, CSB #127021
　　　　　Martha M. Stringer, CSB #156333
　　　　　WILLIAMS & ASSOCIATES
　　　　　1250 Sutterville Road, Suite 290
　　　　　Sacramento, CA 95822
　　　　　(916) 456-1122
　　　　　(916) 737-1126 (fax)

//
//
//
//
//
//

*Muhammad v Sisto [2:10-cv-00143]*　　　Substitution of Attorneys　　　Page 1

1  All counsel in this matter are requested to direct all communications to the
2  above-referenced address beginning immediately.
3  I consent to this substitution.

5  Dated: September 15, 2010         By: /s/Barry D. Alves
                                        Barry D. Alves, CSB #232971,
6                                       Attorney for defendants,
                                        VAUGHN, HAYWARD and RIDGE

9  I accept this substitution.

10 Dated: September 17, 2010         WILLIAMS & ASSOCIATES

12                                   By: /s/Martha M. Stringer
13                                       Martha M. Stringer, CSB #156333

15 **IT IS SO ORDERED.**
16 **DATED: September 21, 2010.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

23 DAD:sj
   muha0143.sub