IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA S. MUHAMMAD,

    Plaintiff,                    No. CIV S-10-0143 DAD P

   vs.

D.K. SISTO, et al.,

    Defendants.               ORDER

_____/

       On September 22, 2010, defendants' newly retained counsel filed a request for the modification of the court's discovery and scheduling order filed July 1, 2010 in this action. In that motion, defense counsel explains that because she has only been recently retained, she will need additional time to conduct discovery in this case. Moreover, defense counsel requests that the court grant defendants an extension of time to respond to plaintiff's July 8, 2010, discovery requests as well as to plaintiff's September 8, 2010, motion for summary judgment.

       A scheduling order cannot be modified "except upon a showing of good cause." Fed. R. Civ. P. 16(b). Good cause is present when the party requesting modification has been diligent but nevertheless is unable to meet the timetable set forth by the court. See Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002). Given the circumstances presented by this case, the court finds good cause for modifying the scheduling order in this case.

1

In addition, based upon counsel's motion the court finds good cause for granting defense counsel an extension of time to file a response to plaintiff's September 8, 2010, motion for summary judgment.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' September 22, 2010 request to modify the scheduling order in this case (Doc. No. 32) is granted, in part, as follows:

   a. The parties may conduct discovery until January 21, 2011. Any motions necessary to compel discovery shall be filed and served by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served no later than sixty days prior to that date.

   b. All pretrial motions, except motions to compel discovery, shall be filed and served on or before April 23, 2011. Motions shall be briefed in accordance with paragraph 7 of this court's order filed April 23, 2010.

2. Defendants' September 22, 2010 request for an extension of time to respond to plaintiff's motion for summary judgment (Doc. No. 33) is granted.

3. Defendants shall file and serve a response to plaintiff's motion for summary judgment on or before December 24, 2010.

DATED: September 24, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
muha 143.41.mod

---

[1] To the extent that defense counsel seeks an extension of time to respond to plaintiff's discovery requests, counsel is advised that by order filed September 13, 2010, the court has already granted defendants' request for an extension of time for this purpose. Pursuant to that order, defendants have until November 19, 2010 to respond to plaintiff's discovery requests. (Doc. No. 29.)